UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICHARD KRINSKY,

                Plaintiff,

  -against-

SANDRA ABRAMS, SHEILA HANLEY,
JOYCE COPPIN, NEW YORK CITY
DEPARTMENT OF EDUCATION, JOHN
DOE and JANE DOE,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
01-CV- 5052 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED, N.Y:
★ MAY 30 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on May 25, 2007, granting defendants' motion for summary judgment in its entirety; denying plaintiff's motion for summary judgment; and dismissing plaintiff's claims; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted in its entirety; that plaintiff's motion for summary judgment is denied; and that plaintiff's claims are dismissed.

Dated: Brooklyn, New York
       May 29, 2007

                                                      s/RCH
                                              ROBERT C. HEINEMANN
                                              Clerk of Court